IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNIE GULLY, JR., )
)
         Plaintiff, )
)
vs. ) Case No. 15-CV-0159-MJR-SCW
)
THOMAS TRICE, and )
PHILLIP McLAURIN, )
)
         Defendants. )

ORDER REGARDING PLAINTIFF's MARCH 11, 2016
APPEAL FROM MAGISTRATE JUDGE WILLIAMS' RULINGS

**REAGAN, Chief Judge:**

    By Order of March 5, 2015 (Doc. 18), this prisoner civil rights case was referred to the Honorable Stephen C. Williams, United States Magistrate Judge, for pretrial proceedings, in accord with 28 U.S.C. 636(b)(1) and Local Rule 72.1(a) of this Court. On March 11, 2016, Plaintiff Gully filed a "Motion to Object" (Doc. 79) which challenges multiple rulings by Magistrate Judge Williams. Gully has not listed the challenged rulings by docket number. He identifies them as (a) Judge Williams' denial of motions for appointment of counsel, (b) Judge Williams' denial of Gully's request to compel "discovery of tangible things," he says he filed January 22, 2016, and (c) Judge Williams' denial as moot of a motion seeking a decision on a pending summary judgment motion.

    As to (a), Judge Williams entered three Orders denying motions for recruitment of counsel -- Doc. 68 (on 9/30/15), Doc. 70 (on 10/6/15), and Doc. 75 (on 1/6/16). As to

1 | Page

**(b)**, the docket sheet does not reveal a motion for discovery of tangible things referenced by Gully as having been filed on 1/22/16. Gully did file several motions to compel in 2015, which were denied by Judge Williams on 7/20/15, 7/24/15, and 10/2/15. As to (c), it appears that Gully challenges Judge Williams' February 29, 2016 Order at Doc. 78.

28 U.S.C. 636(b)(1) and Local Rule 73.1 of this Court allow an appeal from a Magistrate Judge's order on a nondispositive matter **within 14 days of the challenged ruling**. That time limit has expired as to anything Gully complains about EXCEPT Judge Williams' 2/29/16 Order (Doc. 78). The most recent Judge Williams' ruling *prior to Doc. 78* was entered on January 6, 2016. March 11, 2016 is clearly too late to take an appeal from a January 2016 ruling or any 2015 Orders entered by Judge Williams.

Accordingly, the Court **DENIES as untimely** Gully's March 11, 2016 "Motion to Object" (Doc. 79), to the extent it seeks to appeal to the undersigned from any Judge Williams' ruling prior to February 2016 (including Orders on motions for recruitment of counsel and motions to compel). The Court **ORDERS Defendants to respond** to the appeal (Doc. 79), to the extent it challenges Judge Williams' February 29, 2016 Order at Doc. 78. Defendants shall respond to Doc. 79 by **April 1, 2016**.

Finally, as to Gully's general protests about the quick issuance of, brevity of, or "injustice" in Judge Williams' rulings, Gully must tie these broad-based complaints to specific rulings made by Judge Williams if he wishes to appeal them to the undersigned District Judge. Gully has not done so here.

IT IS SO ORDERED.

DATED March 11, 2016.

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge
